No. 77–1254. VANCE, SECRETARY OF STATE, ET AL. *v.* BRADLEY ET AL. Appeal from D. C. D. C. Probable jurisdiction noted.

No. 77–6431. CABAN *v.* MOHAMMED ET UX. Appeal from Ct. App. N. Y. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 77–1172. NATIONAL MUFFLER DEALERS ASSN., INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted.

No. 77–1359. UNITED STATES *v.* KIMBELL FOODS, INC., ET AL. C. A. 5th Cir. Certiorari granted.

No. 76–1163. NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. *v.* SURMELI ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–1002. VIGORITO *v.* UNITED STATES;
No. 77–1004. DELUCA ET AL. *v.* UNITED STATES;
No. 77–6026. DIMATTEO *v.* UNITED STATES;
No. 77–6035. MASCITTI *v.* UNITED STATES; and
No. 77–6165. SCAFIDI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–1074. AFFILIATED UTE CITIZENS OF UTAH *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–1086. KERR, POLICE DIRECTOR OF THE CITY OF NEWARK, ET AL. *v.* GASPARINETTI ET AL. C. A. 3d Cir. Certiorari denied.